# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHN DORSEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CASE NO.: 2:20-cv-2042-CLM** |
| v. | ) |
| | ) **ORAL ARGUMENT** |
| **JOE PIPER, INC.,** | ) **REQUESTED** |
| | ) |
| Defendant. | ) |

**<u>PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION PURSUANT TO RULE 12 AND INCORPORATED MEMORANDUM</u>**