IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN W. DORSEY,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-02042-CLM |
| **JOE PIPER, INC.,** | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Plaintiff John W. Dorsey sued his employer for disability discrimination and failure to accommodate (doc. 1). The Court entered a Memorandum Opinion (doc. 12) and Order (doc. 13) granting Defendant's Motion to Dismiss (doc. 3). The Court dismissed the case without prejudice and gave Plaintiff until August 26, 2021, to file an amended complaint (doc. 13). In another Order, albeit with a typo, the Court warned Plaintiff that failure to file an amended complaint by August 26th "wi[ll] result in this case being dismissed with prejudice." (doc. 14).

August 26th came and went. Plaintiff did not file an amended complaint. Accordingly, the Court **DISMISSES** this case **WITH PREJUDICE**.

**DONE** and **ORDERED** this September 1, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE